**Order entered August 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00971-CV
No. 05-19-00973-CV

**IN RE M.B. AND V.B. Relators**

**Original Proceeding from the 422nd Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 87706 and 86428**

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court is relators' petition for writ of mandamus. We request that the real parties in interest Texas Department of Family Protective Services, Mother's counsel, Father's counsel, the attorneys ad litem for the children C.J., and A.S., and the respondent file their responses, if any, to the petition **by August 29, 2019.**

/s/    LANA MYERS
        PRESIDING JUSTICE